1138

No. 12–278. MARCEAU ET AL. *v.* BLACKFEET HOUSING AUTHORITY ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ▮

No. 12–373. REPUBLICAN NATIONAL COMMITTEE ET AL. *v.* DEMOCRATIC NATIONAL COMMITTEE ET AL. C. A. 3d Cir. Motion of Colorado Republican Committee for leave to file brief as *amicus curiae* granted. Certiorari denied. ▮

No. 12–401. KIMBERLY-CLARK CORP. ET AL. *v.* ALABAMA DEPARTMENT OF REVENUE. Ct. Civ. App. Ala. Motions of Tax Executives Institute, Inc., and Council on State Taxation et al. for leave to file briefs as *amici curiae* granted. Certiorari denied. ▮

No. 12–458. W. L. GORE & ASSOCIATES, INC. *v.* C. R. BARD, INC., ET AL. C. A. Fed. Cir. Motions of Ananda M. Chakrabarty and E. I. du Pont de Nemours & Co. et al. for leave to file briefs as *amici curiae* granted. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of these motions and this petition. ▮

No. 12–633. BIGIO ET AL. *v.* COCA-COLA CO. ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮

No. 12–5508. ROBINSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ▮

No. 12–7459. JEFFUS *v.* CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7487. PELULLO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.